| | |
|---|---|
| | USDC-SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#:<br>DATE FILED: 2/4/20 |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRUSTEES OF THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION FUND, WELFARE FUND, ANNUITY FUND AND APPRENTICESHIP, JOURNEYMAN RETRAINING, EDUCATIONAL AND INDUSTRY FUND; TRUSTEES OF THE NEW YORK CITY CARPENTERS RELIEF AND CHARITY FUND; CARPENTER CONTRACTOR ALLIANCE OF METROPOLITAN NEW YORK; NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS,

Petitioners,

v.

TRIANGLE ENTERPRISE NYC, INC.,

Respondent.

No. 20-CV-793 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

This case has been assigned to me for all purposes. On January 29, 2020, Petitioners filed a complaint seeking confirmation of an arbitration award.

In this Circuit, confirmation proceedings for arbitration awards must be "treated as akin to a motion for summary judgment." *D.H. Blair & Co. v. Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006). Accordingly, it is hereby:

ORDERED that Petitioners shall file and serve any additional materials with which they intend to support their petition for confirmation by February 21, 2020. Such materials shall include, at minimum, (1) a certified copy of the arbitral award and (2) sworn or certified copies of the underlying contracts at issue. Respondent's opposition, if any, is due on March 6, 2020.

Petitioners' reply, if any, is due on March 20. Petitioners shall serve a copy of this Order on Respondents, and file proof of such service on the docket.

SO ORDERED.

Dated: February 4, 2020
        New York, New York

Ronnie Abrams
United States District Judge