**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
TRUSTEES OF THE NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
PENSION FUND, WELFARE FUND, ANNUITY
FUND, AND APPRENTICESHIP, JOURNEYMAN
RETRAINING, EDUCATIONAL AND
INDUSTRIAL AND
INDUSTRY FUND, TRUSTEES OF THE NEW
YORK CITY CARPENTERS RELIEF AND
CHARITY FUND, THE NEW YORK CITY AND
VICINITY CARPENTERS LABOR-
MANAGEMENT CORPORATION and the NEW
YORK CITY DISTRICT COUNCIL OF
CARPENTERS,

|  |  |
|---|---|
| Petitioners, | 20 **CIVIL** 793(RA) |
|  | JUDGMENT |
| -against- |  |
| TRIANGLE ENTERPRISE NYC, INC., |  |
| Respondent. |  |

-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Memorandum Opinion and Order dated May 8, 2020, the petition to confirm

the arbitration award is granted; Judgment is entered in the amount of $300,680.48, plus

prejudgment interest calculated at a rate of 7.5% per annum from September 28, 2019 through the

date of judgment in this action in the amount of $13,963.11 and post judgment interest; in addition,

Petitioner's request for attorneys' fees and costs in the amount of $1,764.50 and $70, respectfully,

is granted; accordingly, this case is closed.

**Dated:**   New York, New York
              May 11, 2020

**RUBY J. KRAJICK**
_____
**Clerk of Court**

BY: _____
**Deputy Clerk**
